PER CURIAM.
AFFIRMED. See Scott v. State, 700 So.2d 470 (Fla. 1st DCA 1997), review granted, 707 So.2d 1126 (Fla.1998); Ramirez v. State, 677 So.2d 95 (Fla. 1st DCA 1996); State v. Scott, 692 So.2d 234 (Fla. 5th DCA 1997); White v. State, 689 So.2d 371, 372 (Fla. 2d DCA), review granted, 696 So.2d 343 (Fla.1997).
We certify that the decision in this case conflicts with the decisions in State v. Walton, 693 So.2d 135 (Fla. 4th DCA), review granted, 698 So.2d 849 (Fla.1997), and Galloway v. State, 680 So.2d 616 (Fla. 4th DCA 1996), on the same point of law.
BARFIELD, C.J., and JOANOS and WOLF, JJ., concur.